■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT J. WILLIAMS, Appellant.— Appeal

Present — Del Vecchio, J. P., Witmer, Gabrielli, Moule and Henry, JJ.